UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE: Pai Kue                                                    CASE NO: BG15-06421
                                                                  Date Filed: 11/23/15
           Debtor                                                 Chapter 13
_____/                          Hon: James W. Boyd

## SECOND PRE CONFIRMATION
## CHAPTER 13 PLAN AMENDMENT

   NOW COMES the above entitled Debtor, Pai Kue, by and through her Attorney, John W. Raven, and hereby amends her Chapter 13 Plan as follows:

   Section I.B. (Liquidation Analysis) of the Chapter 13 Plan shall be amended and the liquidation value of the estate as required by 11 USC §1325(a)(4) is increased to $32,220.82.

   In all other respects, the original petition and Plan and all amendments to the Plan are incorporated herein by reference.

Dated: 6/ 3/16                          */s/ Pai Kue*
                                        Pai Kue           Debtor

Dated: 6/ 6 /16                         */s/ JohnW. Raven*
                                        John W. Raven                 P26896
                                        Attorney for Debtors 5425
                                        PO Box 303
                                        Greenville MI 48838
                                        Telephone:    616/754-9151
                                        Fax:          616/754-0400
                                        E-mail: john@ravenlaw.us